# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **CASSANDRA KRAPFL,** *Plaintiff* | § § § | |
| **v.** | § § | Case No. 1:23-cv-01533-SH |
| **STEEL SENTRY, INC.,** *Defendant* | § § § | |

## FINAL JUDGMENT

Now before the Court is Joint Stipulation of Dismissal with Prejudice But Retain Enforcement Jurisdiction, filed December 7, 2024 (Dkt. 38). The parties stipulate to the dismissal of this matter with prejudice but request that the Court retain enforcement jurisdiction. The Motion is well taken.

Accordingly, the Court **DISMISSES WITH PREJUDICE** all of Plaintiff's claims against Defendant. **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over any disputes that may arise regarding compliance with the settlement agreement, except as expressly provided in the settlement agreement, until the settlement amount is satisfied.

**IT IS FURTHER ORDERED** that all settings are **CANCELED** and that the Clerk of Court **CLOSE** this case.

**SIGNED** on February 4, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE